**For reasons stated on the record at hearing on October 19, 2016, the motion/application (as amended) is denied without prejudice.**

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 19th day of October, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION
_____

In re: Misty D. Evans                                        Case No. 11-32306-SHB
Debtor(s)                                                    Chapter 13
_____

## ORDER RE: MOTION SEEKING UNCLAIMED FUNDS
_____

In this case the instant matter before the court arises out of a motion filed by movant-claimant, Dilks & Knopik, LLC, assignee of United Credit Recovery, LLC, ("Movant"), who asserts entitlement to certain monies previously paid to the court registry fund in accordance with the statutory procedures established in 11 U.S.C. § 347. See also 28 U.S.C. §§ 2041 and 2042 and the September 9, 1996 Memorandum of the Administrative Office of the United States Courts regarding "Unclaimed Monies in Bankruptcy Cases."

After notice and opportunity for a hearing and based on the case record as a whole, the court grants this motion, as it is satisfied that the movant/claimant is entitled to receive unclaimed funds in the amount of **$1,800.80.**

**IT IS SO ORDERED THAT:**

1. The movant''s motion is hereby granted.
2. The Bankruptcy Court Clerk is hereby authorized to make payments to movant, Dilks & Knopik, LLC, assignee of United Credit Recovery, LLC, and mail to Holly Schumpert, Attorney at Law, 2552 Poplar Avenue, Suite 4F, Memphis, TN 38112 in accordance with the foregoing.

###

APPROVED:

/s/ Holly W. Schumpert
Holly W. Schumpert #15658
Attorney for Claimant
2552 Poplar Avenue, Suite 4F
Memphis, TN 38112
(901) 323-9000
holleyschumpert@att.net


cc:

U.S. Attorney's Office, 800 Market St., Suite 211, Knoxville, TN 37902

Office of U.S. Trustee, 800 Market St., Suite 114, Howard H. Baker Jr. U.S. Courthouse, Knoxville, TN 37902

Misty D. Evans, 6964 La Christa Way, Knoxville, TN 37921

Debtor's Attorney, Law Offices of Mayer and Newton, 1111 Northshore Dr., Suite S-570, Knoxville, TN 37919

Case Trustee, Gwendolyn Kerney, P.O. Box 228, Knoxville, TN 37901

Dilks and Knopik, LLC, assignee of United Credit Recovery, LLC, 35308 SE Center St., Snoqualmie, WA 98065

United Credit Recovery, LLC, assignor, 5224 West SR 46, Suite 319, Sandford, FL 32271

Attorney for claimant, Holly Schumpert, 2552 Poplar Avenue, Suite 4F, Memphis, TN 38112

This Order was signed and entered electronically as indicated at the top of the first page.

